**STATE OF LOUISIANA**
**COURT OF APPEAL, THIRD CIRCUIT**
**P.O. Box 16577**
**Lake Charles LA 70616**
**(337) 433-9403**

Thomas Allen Filo                      John Stanton Bradford
Cox, Cox, & Filo                       Stockwell, Sievert, Viccellio
723 Broad Street                       P. O. Box 2900
Lake Charles LA 70601                  Lake Charles LA 70602

**REHEARING ACTION: March 12, 2008**

**Docket Number: 07   01282-WCA consolidated with 1,159-WCA**

**DR. FAYEZ K. SHAMIEH (RUDOLPH JACKSON)**
**VERSUS**
**LIQUID TRANSPORT CORP., ET AL.**

**Appealed from Office of Workers' Compensation - # 3 Case No. 05-04552**

**BEFORE JUDGES:**

    **Hon. Glenn B. Gremillion**
    **Hon. Elizabeth A. Pickett**
    **Hon. J. David Painter**

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **Dr. Fayez K. Shamieh** has this day been

    **DENIED.**

cc: Perry Roger Staub  Jr., Counsel for the Appellant
    Larry Edward Demmons, Counsel for the Appellant
    Donald J. Miester  Jr., Counsel for the Appellant
    Henry Clay Ward  III, Counsel for the Appellant